**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6096**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM B. HALL, a/k/a Bill,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge.  (CR-87-100-N)

---

Submitted:  September 17, 1996        Decided:  October 2, 1996

---

Before HAMILTON and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

William B. Hall, Appellant Pro Se.  Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    Appellant seeks to appeal the district's order denying his motions for production of grand jury documents, production of arrest records and associated documents, and for leave to proceed in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court, <u>United States v. Hall</u>, No. CR-87-100-N (E.D. Va. Jan. 9, 1996), and we conclude that the appeal is frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2